The People of the State of Illinois, defendant in error, v. Alfonso Caci, plaintiff in error. Gen. No. 7,745.

Opinion filed May 7, 1928.

North, Linscott, Gibboney & North, for plaintiff in error. William D. Knight, State's Attorney, and A. B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

Z. Twyman, plaintiff in error, v. N. D. Bowker and John H. Smith, trading as Bowker-Smith Company, defendants in error. Gen. No. 7,757.

Opinion filed May 7, 1928.

Charles E. Lauder and Frederick H. Lauder, for plaintiff in error. H. D. Lewis and E. P. Field, for defendants in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

John T. Cummings, administrator of the estate of Catherine Collins, deceased, and James H. Andrews, complainants, v. Harry E. Brown and Henry Nelson, defendants.

James Norton, cross-complainant and appellant, v. Harry E. Brown et al. cross-defendants and appellees. Gen. No. 7,813.

Opinion filed May 7, 1928.

Joseph L. Shaw, for appellant. Harry E. Brown, *pro se*, and Arthur G. Higgs, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.

Thomas H. Harvey et al., appellants, v. Edward E. Jacobs et al., appellees. Gen. No. 7,866.

Opinion filed May 7, 1928.

Charles Hudson, for appellants. Langworthy, Stevens, McKeag & Hurley, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.